

NUMBERS 13-18-00280-CV AND 13-18-00313-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PROPEL FINANCIAL
SERVICES, LLC,                                                     Appellant,

v.

CONQUER LAND UTILITIES, LLC,                        Appellee.

### On appeal from the 206th District Court
### of Hidalgo County, Texas

# ORDER

**Before Chief Justice Valdez and Justices Longoria and Hinojosa**
**Order Per Curiam**

Pending before the Court is Appellant's Unopposed Motion for Extension of Time

and to Exceed Word Limits.   The motion is GRANTED IN PART and DENIED IN PART.

The deadline for appellant to file its consolidated brief is extended to on or before

November 8, 2018.   The word limit for appellant's brief is extended to 20,000 words.

It is so ORDERED.

PER CURIAM

Delivered and filed the
10th day of October, 2018.